IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN LEE WILLIAMS,

    Plaintiff,        CV F 06 0600 OWW WMW P

vs.                  ORDER TO SHOW CAUSE

P. L. VASQUEZ,

    Defendant.

       Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

       Plaintiff, an inmate in the custody at the Kitsap County Jail in Port Orchard, Washington, brings this civil rights action against the Warden of Wasco State Prison. Plaintiff claims that he was denied medical care and that prison officials interfered with his legal mail.

       The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury."

1    This plaintiff has, on 3 prior occasions, brought civil actions challenging the
2 conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state
3 a claim upon which relief can be granted.  Williams v. Candelaria, CV F 98 5034 REC DLB P;
4 Williams v. Candelaria, CV F 98 5873 DLB P; and Williams v. Candelaria, CV F 98 5985 OWW
5 LJO P.  Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts
6 indicating that he is in imminent danger of serious physical injury.

7    Plaintiff alleges that officials at Wasco State Prison are denying Plaintiff access to
8 the courts, and that he was denied adequate medical care.  Plaintiff is no longer in custody at
9 Wasco.  Plaintiff therefore fails to allege that he is in imminent danger in serious injury.

10   Accordingly, IT IS ORDERED that Plaintiff show cause, within thirty days, why
11 he should not be denied leave to proceed in forma pauperis and directed to pay the filing fee in
12 full.
13 IT IS SO ORDERED.
14 **Dated:   June 1, 2007**               /s/  William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE