1
2
3
4
5
6
7                     IN THE UNITED STATES DISTRICT COURT
8                     FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
11   JOHN LEE WILLIAMS,
12              Plaintiff,                    CV F 06 0600 OWW WMW P
13        vs.                                 FINDINGS AND RECOMMENDATIONS
14
15   P. L. VASQUEZ, et al.,
16              Defendants.
17
18
19          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42
20   U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28
21   U.S.C. § 636(b)(1).  Plaintiff has submitted request to proceed in forma pauperis pursuant to 28
22   U.S.C. § 1915(a).
23          Plaintiff, an inmate in the custody at the Kitsap County Jail in Port Orchard,
24   Washington, brings this civil rights action against the Warden at Wasco State Prison.  Plaintiff
25   alleges that he was denied medical care and that prison officials interfered with his legal mail.
26

                                             1

The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury."

This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of his confinement. All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted. Williams v. Candelaria, CV F 98 5034 REC DLB P; Williams v. Candelaria, CV F 98 5873 DLB P; and Williams v. Candelaria, CV F 98 5985 OWW LJO P. Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he is in imminent danger of serious physical injury.

On June 1, 2007, an order to show cause was entered, directing Plaintiff to show cause, within thirty days, why he should not be denied leave to proceed in forma pauperis and directed to pay the filing fee in full. Plaintiff has not filed a response to the order to show cause.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g).

2. Plaintiff be ordered to submit the $350.00 filing fee in full within fifteen days.

3. Should plaintiff fail to pay the filing fee, this action be dismissed, without prejudice for his failure to do so, pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:    November 5, 2007**              _____/s/  William M. Wunderlich_____
                                            UNITED STATES MAGISTRATE JUDGE

2