IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN LEE WILLIAMS,

      Plaintiff,

vs.

P. L. VASQUEZ, et al.,

      Defendants.

CV F 06 0600 OWW WMW P

ORDER RE FINDINGS AND
RECOMMENDATIONS (#19)

      Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

      On November 5, 2007, findings and recommendations were entered, recommending that Plaintiff be denied leave to proceed in forma pauperis. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to

1

the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 28, 2006, are adopted in full; and

2. Plaintiff's application to proceed in forma pauperis is denied pursuant to 28 U.S.C. § 1915(g).

3. Plaintiff is directed to submit, within thirty days of the date of service of this order, the $350 filing fee for this action in full. Plaintiff's failure to do so will result in dismissal of this action pursuant to Local Rule 11-110 for failure to obey a court order.

IT IS SO ORDERED.

**Dated:   December 12, 2007**            /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE