IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN LEE WILLIAMS,

     Plaintiff,          CV F 06 0600 OWW WMW P

     vs.                  ORDER DISMISSING ACTION

P. L. VASQUEZ, et al.,

     Defendants.

     Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

     On November 5, 2007, findings and recommendations were entered, recommending that Plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g). Plaintiff failed to file objections. On December 12, 2007, the District Court adopted the findings and recommendations, denying Plaintiff leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g). Plaintiff was directed to submit the filing fee, in full, within thirty days. Plaintiff was specifically cautioned that his failure to do so would result in dismissal of this action pursuant to Local Rule 11-110. Plaintiff has not submitted the filing fee.

     Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for Plaintiff's failure to prosecute.

IT IS SO ORDERED.

**Dated:**   **January 25, 2008**           /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE